**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re                                              :          Chapter   13
                                                   :
Celeste S. Johnson                                 :
                                                   :
        Debtor                                     :          Bankruptcy No.  09-11942sr

**ORDER**

AND NOW, this 31st day of March, 2009, it is

ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated 2/20/09  this case be and the same is hereby DISMISSED.

                                                              _____
                                                              STEPHEN RASLAVICH
                                                              Chief U.S Bankruptcy Judge

Missing Documents:
                MATRIX